**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1718**

---

JOYCE GODBEY,

                                        Plaintiff - Appellant,

        versus

STANLEY FURNITURE COMPANY, INCORPORATED,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Lacy H. Thornburg, District Judge. (CA-99-28-2)

---

Submitted:  April 20, 2000          Decided:  September 15, 2000

---

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Randal Seago, MELROSE, SEAGO & LAY, P.A., Sylva, North Carolina, for Appellant.  Brian Marc Freedman, Linda B. Rogers, HAYNSWORTH, BALDWIN, JOHNSON & GREAVES, L.L.C., Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce Godbey appeals the district court's order dismissing this action alleging intentional infliction of emotional distress, conversion and mishandling of a body part. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Godbey v. Stanley Furniture Co.</u>, No. CA-99-28-2 (W.D.N.C. Apr. 26, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on April 23, 1999, the district court's records show that it was entered on the docket sheet on April 26, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2